# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN SCOTT JORGENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:23-cv-00333-NT |
| ) | |
| KATHY JORGENSEN and ) | |
| PETER JORGENSEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 30, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 22) on Plaintiff John Scott Jorgensen's motion to maintain the case (ECF No. 11), and Defendants Kathy and Peter Jorgensen's motions to dismiss (ECF Nos. 12, 14–16). The Plaintiff filed a document on November 14, 2024, which I construe as an objection to the Recommended Decision (ECF No. 25). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

2

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 9th day of December, 2024.